IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH   CENTRAL DIVISION

| | |
|---|---|
| ALLEN E. WEINTRAUB,<br><br>     Plaintiff,<br><br>vs.<br><br>DARK DYNAMITE et al.,<br>     Defendants. | ORDER<br><br><br>Case No. 2:07-CV-00024 |

  On January 16, 2008, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. The Court issued this Order because nothing had been filed with the Court since January 16, 2007. Plaintiff was ordered to inform the Court of the status of the case and his intentions to proceed within fifteen (15) days of the date the Order was issued. Plaintiff has failed to respond to the Court's Order. Accordingly, the Court DISMISSES the case WITHOUT PREJUDICE.

  It is so ordered.

  Dated this 19th day of February, 2008.

                  _____
                  Dee Benson
                  United States District Judge